SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SA CV 07-284 AHS(ANx)            Date:  March 8, 2007

Title:   MARK HOPKINS v. STRATEGIC OUTSOURCING, INC. et al.

PRESENT:

HONORABLE **ALICEMARIE H. STOTLER**, CHIEF U.S. DISTRICT JUDGE
(IN CHAMBERS)

Ellen Matheson                Not Present
Deputy Clerk                  Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:** ORDER DIRECTING DEFENDANT TO FILE A CORRECTED NOTICE OF REMOVAL NOT LATER THAN MARCH 23, 2007

Defendant Strategic Outsourcing, Inc. ("defendant") filed the Notice of Removal in this action on March 8, 2007. Defendant has failed to comply with Local Rule 11-3.1.1 concerning the typeface size. Accordingly, the Court orders defendant to file a corrected notice of removal not later than March 23, 2007.

The Clerk is directed to serve this minute order on counsel for all parties in this action.

DOCKETED ON CM
MAR 15 2007
BY ___ 178

**MINUTES FORM 11**                           INITIALS OF DEPUTY CLERK
**CIVIL - GEN**    CJV            D - M
S:\AHS\CJV\MO\Font-typeface\Hopkins typeface-RMVL.wpd