DOUGLAS J. MELTON  State Bar #161353
JOHN B. SULLIVAN  State Bar #238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

dmelton@longlevit.com
jsullivan@longlevit.com

Attorneys for Defendant
Strategic Outsourcing, Inc.

STEPHEN W. HOGIE  State Bar #178095
LAW OFFICES OF STEPHEN W. HOGIE
13522 Newport Ave. Ste. 201
Tustin, CA 92780

Swhguard-court@yahoo.com
Attorney for Plaintiff Hark Hopkins

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Hopkins, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Strategic Outsourcing, Inc., a Delaware corporation; Stephen Ellis, an individual; and DOES 1-50,<br><br>　　　　　　Defendants. | CASE No.  SACV 07-284 AHS (ANx)<br><br>**STIPULATION OF DISMISSAL**<br><br><br>**BY FAX** |

STIPULATION OF DISMISSAL            1            Case No. SACV 07-284 AHS (ANx)


IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice and on the merits pursuant to FRCP 41(a)(1), and pursuant to all the terms of the settlement agreement executed by the parties.

Dated: November 28, 2007

LONG & LEVIT LLP

By _____
JOHN B. SULLIVAN
Attorneys for Defendant
Strategic Outsourcing, Inc.

Dated: November 28, 2007

LAW OFFICES OF STEPHEN HOGIE

By _____
STEPHEN W. HOGIE
Attorney for Plaintiff Mark Hopkins

DOCS\S0301-055\542200.V1